JUN 4 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY V. PINSON,<br><br>    Petitioner,<br><br>v.<br><br>J.L. NORWOOD, et al.,<br><br>    Respondents. | Case No. CV 08-2519-PSG (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Emergency Application for Writ of Mandamus or in the Alternative For Issuance of a Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations set forth in the Report and Recommendation of the Magistrate Judge.

///
///
///
///
///

1   IT IS ORDERED that judgment be entered denying the Emergency Application for Writ
2   of Mandamus or in the Alternative For Issuance of a Writ of Habeas Corpus and dismissing this
3   action without prejudice.

5   DATED: 6/3/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE