# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY V. PINSON,<br><br>    Petitioner,<br><br>v.<br><br>J.L. NORWOOD, et al.,<br><br>    Respondents. | Case No. CV 08-2519-PSG (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Emergency Application for Writ of Mandamus or in the Alternative For Issuance of a Writ of Habeas Corpus in this action is denied and this action is dismissed without prejudice.

DATED: 6/2/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE